UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                          §
                                                §
BOSTON BLACKIES OF NAPERVILLE,  §        Case No. 09-44655
LLC
                                                §
        Debtor(s)                               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK  OF THE COURT
                219 s. DEARBORN STREET
                CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/28/2013 in Courtroom 682,
                United States Courthouse
                219 S. Dearborn Street
                Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/18/2013                    By: CLERK  OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOSTON BLACKIES OF NAPERVILLE, § Case No. 09-44655
LLC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 165,939.74 |
| and approved disbursements of | $ | 165,939.74 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Illinois Dept of Revenue | $ 38,514.86 | $ 38,514.86 | $ 0.00 | $ 0.00 |
| 2 | Illinois Dept of Revenue | $ 3,134.42 | $ 3,134.42 | $ 0.00 | $ 0.00 |
| 14 | RBS Citizens | $ 55,979.14 | $ 55,979.14 | $ 0.00 | $ 0.00 |
| 15 | General Electric Capital | $ 6,275,307.03 | $ 6,275,307.03 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 11,547.44 | $ 0.00 | $ 0.00 |
| Fees: Office of U.S. Trustee | $ 5,200.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 406,339.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Dept of Revenue | $ 64,165.50 | $ 0.00 | $ 0.00 |
| 2A | Illinois Dept of Revenue | $ 15,934.31 | $ 0.00 | $ 0.00 |
| 8 | Illinois Dept of Employment Security | $ 6,145.06 | $ 0.00 | $ 0.00 |
| 20 | Internal Revenue Service | $ 320,095.01 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,654,960.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Illinois Dept of Revenue | $ 5,488.62 | $ 0.00 | $ 0.00 |
| 2B | Illinois Dept of Revenue | $ 852.12 | $ 0.00 | $ 0.00 |
| 3 | TriMark Marlinn | $ 30,419.69 | $ 0.00 | $ 0.00 |
| 4 | Wood Food Systems | $ 839.50 | $ 0.00 | $ 0.00 |
| 5 | MacCarb | $ 368.78 | $ 0.00 | $ 0.00 |
| 6 | A New Dairy Inc. | $ 4,989.63 | $ 0.00 | $ 0.00 |
| 7 | Sysco Chicago Inc. | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 9 | Illinois Dept of Employment Security | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | Rally Capital Services | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 11 | Vienna Beef Ltd | $ 2,348.63 | $ 0.00 | $ 0.00 |
| 12 | Mark Solomon Ltd | $ 25,400.75 | $ 0.00 | $ 0.00 |
| 13 | Alpha Baking | $ 9,754.62 | $ 0.00 | $ 0.00 |
| 14A | RBS Citizens | $ 983,962.25 | $ 0.00 | $ 0.00 |
| 16 | Exelon Energy | $ 1,714.22 | $ 0.00 | $ 0.00 |
| 17 | CoActiv Capital Partners | $ 1,181,990.29 | $ 0.00 | $ 0.00 |
| 18 | Morgan & Bley | $ 27,927.74 | $ 0.00 | $ 0.00 |
| 19 | James Dee Plumbing | $ 29,857.13 | $ 0.00 | $ 0.00 |
| 20A | Internal Revenue Service | $ 16,688.47 | $ 0.00 | $ 0.00 |
| 22 | U.S. Foodservice | $ 1,262.78 | $ 0.00 | $ 0.00 |
| 23 | Supreme Lobster | $ 1,262.78 | $ 0.00 | $ 0.00 |
| 24 | City of Naperville | $ 5,546.80 | $ 0.00 | $ 0.00 |
| 25 | Empire Cooling | $ 1,475.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $       0.00

Remaining Balance     $       0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                   Case No. 09-44655-JBS
Boston Blackies of Naperville, LLC                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: csimmons              Page 1 of 4              Date Rcvd: Jan 22, 2013
                               Form ID: pdf006             Total Noticed: 114

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2013.
```
db          +Boston Blackies of Naperville, LLC,    801 W. Adams Street,   Suite 201,    Chicago, IL 60607-3035
14768770    +A New Dairy, Inc,    1234 W. Randolph,    Chicago, IL 60607-1604
14768785    +AT&T,    Bankruptcy Dept,    PO Box 769,    Arlington, TX 76004-0769
14768772    +Adan Gonzalez,    180 Garden Dr.,    Bolingbrook, IL 60440-2616
14768773     Alberto Vera,    538 For St,    Aurora, IL 60505
14768774    +Alejandro Fabian Ortega,    690 Sheridan St.,    Aurora, IL 60505-2252
14768775    +Alejandro Vera,    422 Weston,    Aurora, IL 60505-4724
14768776    +Alpha Baking,    5001 W Polk St,    Chicago, IL 60644-5249
14768777    +Alsco,    2641 S. Leavitt,    Chicago, IL 60608-5215
14768778    +Alsco Linen,    2641 S Leavitt,    Chicago, IL 60608-5215
14768779    +Amanda Eckstien,    9308 Curtis Lane,    Naperville, IL 60564-8931
14768780    +Anderson Pest Control,    501 W Lake St,    Suite 204,    Elmhurst, IL 60126-1419
14768781    +Angel Cano,    1206 Solfisburg Street,    Aurora, IL 60505-3081
14768782    +Angelita Heller,    34 Jack Street,    Plano, IL 60545-9534
14768783    +Antonio Fabian,    30 W 061 Mulberry Court,    Warrenville, IL 60555-1426
14768784    +Arturo Gonzalez,    180 Garden Dr.,    Bolingbrook, IL 60440-2616
14768786    +Benito Lozano,    540 Iowa Ave,    Aurora, IL 60506-2904
14768787    +Boston Blackies Lake Cook Plaza Inc,    801 West Adams Street,    Suite 201,
              Chicago, IL 60607-3035
14768790    +Boston Blackies of Arlington Hts,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768791    +Boston Blackies of Lincoln Park LLC,    1962 N. Halsted,    Chicago, IL 60614-5009
14768792    +Boston Blackies of Riverside Plaza,    801 West Adams Street,    Suite 201,
              Chicago, IL 60607-3035
14768793    +Boston Blackies of Skokie, Inc.,    9525 Skokie Blvd.,    Skokie, IL 60077-1314
14768794    +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768795    +Brass Tap Beverage Systems,    668 E. Northwest Highway,    Mount Prospect, IL 60056-3364
14768797     Brittany Camillo,    11437 Fairway Dr.,    Naperville, IL 60563
14768798     Brittney Rautio,    3690 Bennett Pl,    Aurora, IL 60502
14768883   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:   WaMu,    c/o JP Morgan Chase Bank,    PO Box 660022,    Dallas, TX 75266)
14768799    +Carson's,    612 N Wells,    Chicago, IL 60654-3715
14768800    +Chris Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768801     City of Naperville.,    400 S Eagle St,    PO Box 3020,    Naperville, IL 60566-7020
15165078    +CoActiv Capital Partners, Inc.,    c/o Deeb, Petrakis, Blum & Murphy, P.C.,    1601 Market Street,
              Philadelphia, PA 19103-2301
14768802     Dalmatian Fire Equipment,LTD,    521 Monroe St,    Dolton, IL 60419-1134
14768803    +Donick Holdings, Inc,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14768804    +Donick Holdings, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768805    +Donna Giannis,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14768806    +Donna Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768807    +Emily Simantel,    400 Massachusetts Avenue,    Naperville, IL 60565-3114
14768809    +Emmanuel Aca,    1030 Lenhertz Ave,    Aurora, IL 60505-2325
14768810    +Emmanuel Huitzil,    1030 Lehnertz Ave.,    Aurora, IL 60505-2325
14768811    +Empire Cooler Service, Inc.,    940 W. Chicago Avenue,    Chicago, IL 60642-5494
14768812    +Empire Cooling,    940 W Chicago Ave,    Chicago, IL 60642-5494
14768813    +Exelon Energy,    c/o: Lynn Zack,    2301 Market Street S23-1,    Philadelphia, PA 19103-1380
14768814    +Fox River Commons Shopping Center,    c/o The DiMucci Companies,    285 W Dundee Rd,
              Palatine, IL 60074-2699
14768816    +GE Capital Corp.,    c/o R. Peterson, Jenner & Block,    330 N Wabash Ave, 38th Flr,
              Chicago, IL 60611-3586
14768815    +GE Capital Corp.,    8377 E. Hartford Drive,    Suite 200,    Scottsdale, AZ 85255-5687
15159610    +General Electric Capital Corporation,    Attn: Collateral Management,
              8377 East Hartford Drive, Suite 200,    Scottsdale, AZ 85255-5687
14768818    +Gustavo Gonzalez,    422 Weston Ave,    Aurora, IL 60505-4724
14768819    +Holly Fitzgerald,    1251 Ashton Lane,    Naperville, IL 60540-0307
14768820    +IL Dept. of Employment Security,    33 S. State Street,    Chicago, IL 60603-2808
14768821   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    101 W Jefferson St,
              Springfield, IL 62702)
14914432    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit
14914601    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14814337     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14768823    +J S Designs, Inc.,    10660 W. 143rd Street,    Suite A,    Orland Park, IL 60462-1905
15234690    +James Dee Plumbing,    2325 W. North Avenue,    Chicago, Illinois 60647-5369
14768824    +Janet Fitzgerald,    1251 Ashton Lane,    Naperville, IL 60540-0307
14768825    +Jesus Gonzalez,    140 Balmoral,    Bolingbrook, IL 60440-2445
14768826    +Jesus Reyes,    73 South Lincoln Avenue,    Aurora, IL 60505-3469
14768827    +Jose Aca,    1030 Lehnertz Ave,    Aurora, IL 60505-2325
14768828    +Jose Lopez,    422 Weson Ave.,    Aurora, IL 60505-4724
14768829    +Josue Chate,    1893 Cattail Circle,    Aurora, IL 60504-4820
14768830    +Josue Morales,    550 Smith Blvd.,    Aurora, IL 60505-4964
```

```
District/off: 0752-1          User: csimmons               Page 2 of 4                   Date Rcvd: Jan 22, 2013
                              Form ID: pdf006              Total Noticed: 114

14768831     +Juan Contreras,    647 S. Loucks St.,    Aurora, IL 60505-5066
14768832     +Juan Vera,    534 Gates Street,    Aurora, IL 60505-4859
14768833     +Julio Moyotl,    532 Ryegrass,    Aurora, IL 60504-4214
14768834     +Kelly Fitzgerald,    1251 Ashton Lane,    Naperville, IL 60540-0307
14768835     +Kimberly Golinski,    2271 Gleneagle Dr.,    Naperville, IL 60565-3159
14768836     +Laura Lizalde,    1866 Lilac Lane,    Apt. B4,    Aurora, IL 60506-4344
14768837     +Leonardo Vasquez,    619 N. Lincoln Ave.,    #3,    Aurora, IL 60505-2186
14768838     +Lux Security Systems, Inc.,    3611 N. Nottingham Avenue,    Chicago, IL 60634-2243
14768839     +MacCarb,    4616 W Main St,    West Dundee, IL 60118-9414
14768840     +Madeline Shannon,    2446 Sir Barton Lane,    Montgomery, IL 60538-3404
14768841    #+Maria Pineiro,    14713 Meadow Lane,    Plainfield, IL 60544-1404
14768842      Mark Solomon Ltd.,    PO Box 934,    Northbrook, IL 60065-0934
14768844     +Mike Kellikidis,    8005 West Leland Avenue,    Norridge, IL 60706-4450
15169528     +Morgan & Bley, Ltd.,    900 West Jackson Blvd.,    Suite 4 East,    Chicago, Illinois 60607-3745
14768851     +NSN Employer Services,    PO Box 617665,    Chicago, IL 60661-7665
14768847     +Neo Networks, Inc,    4030 Overhill Ave,    Norridge, IL 60706-1005
14768848     +Nick Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768850    #+Nordic Energy,    625 Plainfield Rd,    Suite 226,    Willowbrook, IL 60527-5368
14768769     +One Sixty Four Grand Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768852     +Oswaldo Rivera,    2540 Dickens Dr,    Aurora, IL 60503-5761
14768854     +Percy Chate,    1893 Cottail Cr.,    Aurora, IL 60504-4820
14768855     +Peter Pan Restaurant Management and,    Consultants, Inc.,    612 N. Wells Street,
               Chicago, IL 60654-3715
14768856     +Peter Panolpos,    901 W. Parkway,    Appleton, WI 54914-2641
14768860     +RBS Citizens, NA d/b/a Charter One,    c/o Riemer & Braunstein, LLP,    71 S. Wacker Dr., Ste. 3515,
               Chicago, IL 60606-4610
14768857      Radiant Systems,    PO Box 198755,    Atlanta, GA 30384-8755
14768859     +Rally Capital Services, LLC.,    350 N. LaSalle Street,    Suite 1100,    Chicago, IL 60654-5131
14768861     +Roberto Chapul,    209 Trask St.,    Aurora, IL 60505-2911
14768863     +Scott Samuel,    804 South Main Street,    Yorkville, IL 60560-1636
14768864     +Sherri K. Smiley,    13410 Red Star Dr,    Plainfield, IL 60585-7639
14768866      Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-2971
14768868     +Sta-Kleen,    803 W Estes Ave,    Schaumburg, IL 60193-4477
14768869     +Stewarts Private Blend Foods,Inc.,    4110 Wrightwood Ave,    Chicago, IL 60639-2172
14768870     +Supreme Lobster,    220 E North Ave,    Villa Park, IL 60181-1207
14768871     +Sysco Chicago Inc.,    c/o McMahan & Sigunick Ltd.,    412 S. Wells St, 6th Flr,
               Chicago, IL 60607-3972
14768872      Tamara Termini,    945 Camden Lane,    Naperville, IL 60540
14768873      Total Management Systems,    900 W Fullerton Ave,    Addison, IL 60101-3306
14768875     +TriMark Marlinn,    6100 W 73rd St,    Suite 1,    Bedford Park, IL 60638-6107
17530878     +U.S. Foodservice, Inc.,    c/o Saul Ewing LLP,    1500 Market Street, 38th Floor,
               Philadelphia, PA 19102-2128,    Attn: J. Hampton/M. Rand
14768877     +US Foodservices,    PO Box 98045,    Chicago, IL 60693-8045
14768876     +Ubaldo Chocolati,    240 Trask,    Apt. A,    Aurora, IL 60505-2990
14768878      Versa Foods, Inc.,    320 W Gerri Lane,    Addison, IL 60101-5012
14768879    #+Veterans Linen Supply Co., INC.,    627 S 89th St,    Milwaukee, WI 53214-1399
14768880     +Victoria Termini,    1744 Summerbreeze Lane,    Aurora, IL 60504-4724
15004299     +Vienna Beef Ltd,    2501 N Damen Ave,    Chicago, IL 60647-2101
14768881      Vienna Sausage MFG. Co.,    8033 Solutions Center,    Chicago, IL 60677-8000
14768882     +Walter J. Jr. Inc.,    2441 E. Seminary Ave.,    Des Plaines, IL 60016-4843
14768884      Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
14768886     +Wood Food Systems,    19127 W. Casey Rd,    Libertyville, IL 60048-1078
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14768785     +E-mail/Text: g17768@att.com Jan 23 2013 06:44:12     AT&T,    Bankruptcy Dept,    PO Box 769,
               Arlington, TX 76004-0769
14768822      E-mail/Text: cio.bncmail@irs.gov Jan 23 2013 05:31:45      Internal Revenue Service,
               PO Box 21126,    Philadelphia, PA   19114
14768845      E-mail/Text: bridgetann_oxendine@muzak.com Jan 23 2013 06:37:44       MUZAK,    PO Box 71070,
               Charlotte, NC 28272-1070
14768849      E-mail/Text: bankrup@aglresources.com Jan 23 2013 05:33:59       Nicor Gas,    PO Box 632,
               Aurora, IL 60507-0632
16244941     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 23 2013 07:34:17       Office of the U.S. Trustee,
               219 South Dearborn St,    Room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14768867*    +Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-0029
14768874*    +Total Management Systems,    900 W. Fullerton Avenue,    Addison, IL 60101-3306
14768885*    +Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
14768771    ##+Abel Morales,    510 Kendall St.,    Aurora, IL 60505-5036
14768788    ##+Boston Blackies Management, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768789    ##+Boston Blackies Mgmt, Inc.,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14768796    ##+Brenda Jones,    4225 Windrift Dr.,    Aurora, IL 60504-5010
14768808    ##+Emma Courtney,    1596 White Eagle Dr.,    Naperville, IL 60564-9762
14768817    ##+Gumecindo Oregel,    632 Root St,    Aurora, IL 60505-2545
14768846    ##+MVP Fire Protection Systems INC.,    14006 S Kildare Ave,    Crestwood, IL 60445-2300
14768843    ##+Matthew Schumacher,    1770 E. 22nd Street,    Apt. E,    Wheaton, IL 60189-7767
14768853    ##+Pamela Pratt,    1535 Watkins Lane,    Apt. 208,    Naperville, IL 60540-9266
14768858    ##+Rafael Castellanos,    617 S Spring St,    Aurora, IL 60505-3533
```

```
District/off: 0752-1           User: csimmons              Page 3 of 4                  Date Rcvd: Jan 22, 2013
                               Form ID: pdf006             Total Noticed: 114

             ***** BYPASSED RECIPIENTS (continued) *****
14768862    ##+Sandy Lehnert,    960 Terrace Lake Drive,    Aurora, IL 60504-8976
14768865    ##+Sophia Azeem,    2364 Middlebury Dr.,    Aurora, IL 60503-5497
                                                                                         TOTALS: 0, * 3, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: csimmons              Page 4 of 4                  Date Rcvd: Jan 22, 2013
                               Form ID: pdf006             Total Noticed: 114
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2013 at the address(es) listed below:

          Beverly A Berneman    on behalf of Debtor    Boston Blackies of Naperville, LLC
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Eileen M Sethna    on behalf of Debtor    Boston Blackies of Naperville, LLC esethna@chuhak.com,
           rsaldivar@chuhak.com
          Jeffrey D Ganz    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. jganz@riemerlaw.com,   saguado@riemerlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin    on behalf of Debtor    Boston Blackies of Naperville, LLC
           rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;aprior@golanchristie.com
          Thomas M Lombardo    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. tlombardo@riemerlaw.com

                                                                                                                            TOTAL: 7