UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
BOSTON BLACKIES OF NAPERVILLE,  §         Case No. 09-44655
LLC
                                      §
_____Debtor(s)_____§_____

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            , and it was converted to chapter 7 on .  The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | GENERAL ELECTRIC CAPITAL |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COACTIVE CAPITAL PARTNERS, | | | | | |
| | GE CAPITAL FRANCHISE FINAN | | | | | |
| | GENERAL ELECTRIC CAPITAL CORP | | | | | |
| 14 | CITIZENS, RBS | | | | | |
| 2 | ILLINOIS DEPT OF REVENUE | | | | | |
| 1 | ILLINOIS DEPT OF REVENUE | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| OFFICE OF U.S. TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| | Wage Claims (various) | | | | | |
| 8 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 1A | ILLINOIS DEPT OF REVENUE | | | | | |
| 2A | ILLINOIS DEPT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |
| | Alsco Linen | | | | | |
| | Anderson Pest Control | | | | | |
| | Boston Blackies Management | | | | | |
| | Boston Blackies Management | | | | | |
| | Boston Blackies Property V | | | | | |
| | Boston Blackies Skokie | | | | | |
| | Brass Tap Beverage Systems | | | | | |
| | Carsons | | | | | |
| | Chris Giannis | | | | | |
| | Dalmation Fire Equipment | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DirecTV | | | | | |
| | Donna Giannis | | | | | |
| | Donna Giannis | | | | | |
| | Exelon Energy | | | | | |
| | Fox River Commons | | | | | |
| | JS Design | | | | | |
| | Janet Fitzgerald | | | | | |
| | Jeanette Guiterrez | | | | | |
| | Lux Security Systems | | | | | |
| | MVP Fire Protection | | | | | |
| | Muzak | | | | | |
| | NIck Giannis | | | | | |
| | NSN Employer Services | | | | | |
| | Neo Networks | | | | | |
| | Nicor | | | | | |
| | Nordic Energy | | | | | |
| | Radiant Systems | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southern Wine Spirits | | | | | |
| | Southern Wine Spirits | | | | | |
| | Sta-Kleen | | | | | |
| | Stewarts Private Blend | | | | | |
| | Total Management Systems | | | | | |
| | Versa Foods | | | | | |
| | Veterans Linen Supply | | | | | |
| | Walter J. Jr. | | | | | |
| | Washington Mutual | | | | | |
| | Waste Management | | | | | |
| 6 | A NEW DAIRY INC. | | | | | |
| 13 | BAKING, ALPHA | | | | | |
| 14A | CITIZENS, RBS | | | | | |
| 24 | CITY OF NAPERVILLE | | | | | |
| 17 | COACTIV CAPITAL PARTNERS | | | | | |
| 25 | COOLING, EMPIRE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | ENERGY, EXELON | | | | | |
| 22 | FOODSERVICE, U.S. | | | | | |
| 9 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 1B | ILLINOIS DEPT OF REVENUE | | | | | |
| 2B | ILLINOIS DEPT OF REVENUE | | | | | |
| 20A | INTERNAL REVENUE SERVICE | | | | | |
| 23 | LOBSTER, SUPREME | | | | | |
| 5 | MACCARB | | | | | |
| 12 | MARK SOLOMON LTD | | | | | |
| 3 | MARLINN, TRIMARK | | | | | |
| 18 | MORGAN & BLEY | | | | | |
| 19 | PLUMBING, JAMES DEE | | | | | |
| 10 | RALLY CAPITAL SERVICES | | | | | |
| 7 | SYSCO CHICAGO INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | SYSTEMS, WOOD FOOD | | | | | |
| 11 | VIENNA BEEF LTD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-44655 | Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF NAPERVILLE, LLC | | Date Filed (f) or Converted (c): | 11/24/09 (f) |
| | | | 341(a) Meeting Date: | 11/09/10 |
| For Period Ending: | 03/04/13 | | Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MACHINERY, FIXTURES, AND BUSINESS E | 173,793.00 | 0.00 | | 157,902.53 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 46.27 | FA |
| 3. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNTS | 5,619.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSITS | 15,500.00 | 0.00 | | 0.00 | FA |
| 6. LICENSES | 4.00 | 0.00 | | 0.00 | FA |
| 7. INVENTORY | 35,198.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $230,614.00     $0.00     $157,948.80     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/12     Current Projected Date of Final Report (TFR): 12/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.01

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44655 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF NAPERVILLE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5495  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0385 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/01/10 | | Fox River Commons Shopping Center 285 W. Dundee Road Palatine IL 60074 | proceeds of sale of equipment | 150,000.00 | | | | | 150,000.00 |
| 05/01/10 | 1 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $150,000.00 | | | | | | 150,000.00 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 5.34 | | | | 150,005.34 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 6.17 | | | | 150,011.51 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 6.36 | | | | 150,017.87 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 6.38 | | | | 150,024.25 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 6.17 | | | | 150,030.42 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 6.37 | | | | 150,036.79 |
| 11/02/10 | 000101 | Coactive Capital Partners, | per court order - Naperville | | | 8,000.00 | | | 142,036.79 |
| 11/02/10 | 000102 | General Electric Capital Corp | payment to secured creditor | | | 150,037.21 | | | -8,000.42 |
| * 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1.79 | | | | -7,998.63 |
| 01/14/11 | | GE Capital | refund of overpayment | 8,000.00 | | | | | 1.37 |
| * 01/14/11 | 2 | Reverses Interest on 11/30/10 | Interest Rate  0.030 | | -1.79 | | | | -0.42 |
| 11/13/12 | | Reverse Interest 11/30/10--correction | To Correct 11/30/10 interest revers Interest reversal posted to account on 1/14/11-actual amount reversed = $1.37, not $1.79 | | | | 0.42 | | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44655 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES OF NAPERVILLE, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5495 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0385 | | |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|   |   |   |   |
| --- | --- | --- | --- |
| Account *******5495 | Balance Forward | 0.00 | |
| 2  Deposits | 158,000.00 | 2  Checks | 158,037.21 |
| 8  Interest Postings | 36.79 | 0  Adjustments Out | 0.00 |
| | | 0  Transfers Out | 0.00 |
| Subtotal | $ 158,036.79 | | |
| | | Total | $ 158,037.21 |
| 1  Adjustments In | 0.42 | | |
| 0  Transfers In | 0.00 | | |
| Total | $ 158,037.21 | | |

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44655 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF NAPERVILLE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5628  Checking - Non Interest |
| Taxpayer ID No: | *******0385 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/05/11 | | Boston Blackies | trunover of chapter 11 funds | 7,902.53 | | | | | 7,902.53 |
| 03/05/11 | 1 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $7,902.53 | | | | | | 7,902.53 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.07 | | 7,892.46 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.73 | | 7,882.73 |
| 12/29/11 | 001001 | Illinois Department of Revenue | post petition taxes | | | 2,089.43 | | | 5,793.30 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.48 | | 5,783.82 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 Wire to Secured Creditor 12/30/11 Wire To Secured Creditor (GECC) per court order 12/11 | | | 5,793.30 | | | -9.48 |
| 04/19/12 | | BANK OF AMERICA | reversal of service charge--3/28/12 | 9.48 | | | | | 0.00 |
| 04/19/12 | 2 | Asset Sales Memo: | Post-Petition Interest Deposits  $9.48 | | | | | | 0.00 |

| Account *******5628 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 Deposits | | 7,912.01 | 2 Checks | | 7,882.73 |
| 0 Interest Postings | | 0.00 | 3 Adjustments Out | | 29.28 |
| | | | 0 Transfers Out | | 0.00 |
| Subtotal | $ | 7,912.01 | | | |
| | | | Total | $ | 7,912.01 |
| 0 Adjustments In | | 0.00 | | | |
| 0 Transfers In | | 0.00 | | | |
| Total | $ | 7,912.01 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.01

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44655 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF NAPERVILLE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5628  Checking - Non Interest |
| Taxpayer ID No: | *******0385 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  | Report Totals | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|---|
|  | | 4 | Deposits | 165,912.01 | | 4 Checks | 165,919.94 | |
|  | | 8 | Interest Postings | 36.79 | | 3 Adjustments Out | 29.28 | |
|  | | | | | | 0 Transfers Out | 0.00 | |
|  | | | Subtotal | $ 165,948.80 | | | | |
|  | | | | | | Total | $ 165,949.22 | |
|  | | 1 | Adjustments In | 0.42 | | | | |
|  | | 0 | Transfers In | 0.00 | | | | |
|  | | | Total | $ 165,949.22 | | Net Total Balance | $ 0.00 | |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE
_____ Date: 03/04/13
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.01